

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### El Paso

| | § | |
|---|---|---|
| PAUL EDWARD JOHNSON, | § | |
| | § | No. 08-17-00156-CR |
| Appellant, | § | |
| | § | Appeal from the 41st District Court |
| vs. | § | |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | |
| | § | (TC# 20150D05061) |
| State. | § | |

# O R D E R

The reporter's record in the above styled and numbered cause was due February 16, 2018 the court having granted a fourth and second final extension of time until such date. As of this date the reporter's record has not been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, including ineffective assistance of counsel, and to make appropriate findings and recommendations, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before March 31, 2018.

IT IS SO ORDERED this 1st day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.